United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-51164
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUMARO DE LA TORRE-CARRILLO,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-03-CR-289-1-WWJ
---------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Appointed counsel for Gumaro De La Torre-Carrillo
(De La Torre) has moved for leave to withdraw from this appeal
and has filed a brief as required by Anders v. California,
386 U.S. 738 (1967). De La Torre has received a copy of
counsel's motion and brief but has not filed a response.
Our independent review of the brief and the record discloses no
nonfrivolous issue in this direct appeal. Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.